

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2018

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On December 12, 2018, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on December 27, 2018. *See* TEX. R. APP. P. 49.1

Before the due date, Appellant filed a motion for a seven-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on January 4, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court